931 F.2d 154w
 Diane LEWIS, Plaintiff, Appellee,
v.
Henry KENDRICK and Lee Kendrick, Defendants, Appellants.
Diane LEWIS, Plaintiff, Appellee,
v.
Henry KENDRICK, et al., Defendants, Appellees,
City of Brockton, Defendant, Appellant.
Diane LEWIS, Plaintiff, Appellant,
v.
Henry KENDRICK, et al., Defendants, Appellees.
 Nos. 90-1318 to 90-1781.
 United States Court of Appeals,
First Circuit.
 Heard Jan. 9, 1991.
Decided April 26, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION